**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

UNITED STATES OF AMERICA

vs.                                                    CASE NO. 6:06-CR-125-ORL-19KRS

DELWOOD MONTAY FLOWERS

_____

ORDER

This case having been considered by the Court on Report and Recommendation

Concerning Plea of Guilty (Doc. No. 758, filed October 13, 2006) and no objection thereto

having been filed, it is **ORDERED:**

1.     The Report and Recommendation of the United States Magistrate Judge (Doc.

No.  758) is **ACCEPTED, AFFIRMED AND ADOPTED.**

2.     Defendant Delwood Montay Flowers has entered a plea of guilty to Count

One of the First Superseding Information knowingly, intelligently and voluntarily.  Such

plea is accepted, and Defendant is adjudicated guilty of Count One of the First Superseding

Information.

3.     Ruling on acceptance of the Plea Agreement (Doc. No. 747, filed October 13,

2006) is deferred until the time of sentencing.

**DONE AND ORDERED** at Orlando, Florida, this ___25th___ day of October,

2006.

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:
Assistant United States Attorney
Attorney for Defendant
United States Marshal
United States Probation
United States Pretrial Services
Defendant
Courtroom Deputy